**Earl W. HAMLIN'S ESTATE, Deceased, Helen B. Hamlin, Executrix, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 11252.

United States Court of Appeals
Sixth Circuit.

April 13, 1951.

Edwin W. Brouse, Akron, Ohio, for petitioner.

Theron L. Caudle, Charles Oliphant, Ellis N. Slack, Rollin H. Transue, Helen Goodner, Richard D. Harrison, and Hilbert Zarky, all of Washington, D. C., for respondent.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the petition of the executrix of the estate of the taxpayer to review the decision of the Tax Court of the United States, and has been duly considered upon the record and upon the briefs and oral arguments of attorneys: from all of which it is manifest that merely an issue of fact is involved, and that the decision of the Tax Court upon such issue is supported by substantial evidence and is not clearly erroneous;

The decision of the Tax Court is accordingly affirmed.

**FREEDMAN BROTHERS & COMPANY et al., Appellants, v. Orland ELLIS, Trustee of the Detroit Central Wholesale Grocery Company, a Michigan Corporation, Bankrupt, Appellee.**

No. 11260.

United States Court of Appeals
Sixth Circuit.

April 13, 1951.

Frazer & Popkin, and James Frazer, Detroit, Mich., for appellants.

James Montante, Detroit, Mich., for appellee.

Before SIMONS, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the arguments of counsel, and it appearing that, upon the issue whether the Referee in Bankruptcy was empowered to appoint appellee as trustee of the bankrupt estate and whether he abused his discretion in such appointment, the District Court found that the action of the Referee was within his powers and did not constitute an abuse of discretion; and no error appearing in the determination of the District Court; and this court being duly advised,

Now Therefore It Is Ordered Adjudged And Decreed that the order of the District Court be and is hereby affirmed.